# EXHIBIT A

## ORDER OF JUDGE LEE DATED OCTOBER 19, 2022

FORM 4

**STATE OF SOUTH CAROLINA**
**COUNTY OF** Richland
**IN THE COURT OF COMMON PLEAS**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.** 2021CP4003694

| Paul Roy Osmundson | School District 5 Of Lexington And Richland Counties et al |
|---|---|
| PLAINTIFF(S) | DEFENDANT(S) |

**DISPOSITION TYPE (CHECK ONE)**

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and a verdict rendered.

☑ **DECISION BY THE COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision rendered.

☐ **ACTION DISMISSED** (*CHECK REASON*): ☐ Rule 12(b), SCRCP; ☐ Rule 41(a), SCRCP (Vol. Nonsuit); ☐ Rule 43(k), SCRCP (Settled); ☐ Other

☐ **ACTION STRICKEN** (*CHECK REASON*): ☐ Rule 40(j), SCRCP; ☐ Bankruptcy; ☐ Binding arbitration, subject to right to restore to confirm, vacate or modify arbitration award; ☐ Other

☐ **STAYED DUE TO BANKRUPTCY**

☐ **DISPOSITION OF APPEAL TO THE CIRCUIT COURT** (*CHECK APPLICABLE BOX*): ☐ Affirmed; ☐ Reversed; ☐ Remanded; ☐ Other

NOTE: ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING LOWER COURT, TRIBUNAL, OR ADMINISTRATIVE AGENCY OF THE CIRCUIT COURT RULING IN THIS APPEAL.

**IT IS ORDERED AND ADJUDGED:** ☐ See attached order (formal order to follow) ☑ Statement of Judgment by the Court:

After reading all the documents and motions, Defendant's Motion to Dismiss is dispositive according to S.C. Code Ann. § 30-4-100(A). According to Section 30-4-100(A) a hearing must be held within ten days of the service on all parties and a scheduling order to conclude the action must be held within six months. In this current matter, no hearing was held within the allotted timeframe. Therefore, the Motion to Dismiss is dispositive and the court need not determine the merits of the Summary Judgment claims.

**ORDER INFORMATION**

This order ☑ ends ☐ does not end the case.   ☐ See Page 2 for additional information.

**For Clerk of Court Office Use Only**

This judgment was electronically entered by the Clerk of Court as reflected on the Electronic Time Stamp, and a copy mailed first class to any party not proceeding in the Electronic Filing System on 10/19/2022.

Ricland Counties

**NAMES OF TRADITIONAL FILERS SERVED BY MAIL**

SCRCP Form 4CE (08/31/2017)   Page 1 of 2

ELECTRONICALLY FILED - 2022 Oct 20 8:46 AM - RICHLAND - COMMON PLEAS - CASE#2021CP4003694

**Court Reporter:**

**E-Filing Note:** The date of Entry of Judgment is the same date as reflected on the Electronic File Stamp and the clerk's entering of the date of judgment above is not required in those counties. The clerk will mail a copy of the judgment to parties who are not E-Filers or who are appearing pro se. See Rule 77(d), SCRCP.

ELECTRONICALLY FILED - 2022 Oct 20 8:46 AM - RICHLAND - COMMON PLEAS - CASE#2021CP4003694

ELECTRONICALLY FILED - 2022 Oct 20 8:46 AM - RICHLAND - COMMON PLEAS - CASE#2021CP4003694



Richland Common Pleas

**Case Caption:** Paul Roy Osmundson vs  School District 5 Of Lexington And Richland Counties , defendant, et al

**Case Number:** 2021CP4003694

**Type:** Order/Electronic Form 4

So Ordered

s/ Alison Renee Lee

Electronically signed on 2022-10-19 14:12:22    page 3 of 3